IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50597
Conference Calendar
_____


IN RE: LORENZO TIJERINA, Esquire,

Appellant.


--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-00-CV-666
--------------------
April 11, 2001

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

This is an appeal from an order revoking Lorenzo Tijerina's
license to practice law before the United States District Court
for the Western District of Texas.  Tijerina contends that the
district court erred in relying on Local Rule AT-1(d) inasmuch as
he is not a resident of Texas.  He avers that as a nonresident
his admission to practice before the Western District of Texas
should have been governed by Local Rule AT-1(e)(2), with which he
contends he has complied.

These arguments were not presented to the district court
inasmuch as Tijerina failed to file a response to the district
court's March 31, 2000, show cause order.  This court will not

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

address issues raised for the first time on appeal.  <u>Leverette v. Louisville Ladder Co.</u>, 183 F.3d 339, 342 (5th Cir. 1999), <u>cert. denied</u>, 528 U.S. 1138 (2000).  The district court's revocation of Tijerina's license to practice law before the Western District of Texas is AFFIRMED.